# RAWLE & HENDERSON LLP



The Nation's Oldest Law Offices • *Established in 1783*

**www.rawle.com**

DELIA A. CLARK
215-575-4291
dclark@rawle.com

300 DELAWARE AVENUE
SUITE 1015, P.O. BOX 588
WILMINGTON, DE 19899-0588

TELEPHONE:(302) 778-1200
FACSIMILE:(302) 778-1400

June 6, 2005

Clerk of the Court
District Court of Delaware
844 North King Street, Room 4209
Lock Box 18
Wilmington, DE 19801

05 - 075

**RE:**    ***HABNAB Transportation, Inc. v. US Transportation Services, Inc., et al***
       **Our File No. 444,557**

Dear Sir/Madam:

Enclosed for filing is an Original and two copies of the Complaint with regard to the above referenced matter. Kindly return a time stamped copy in the self addressed stamped envelope included.

Also enclosed are a Summons and Alias Praecipe with regard to the three named defendants. Kindly issue the Summons and Complaint upon Delaware Attorney Services so that they may effectuate service of process through the Secretary of State pursuant to 10 <u>Del.C</u> § 3114 for each defendant.

Very truly yours,

RAWLE & HENDERSON LLP

By:
   Delia A. Clark

DAC/vmb

Enclosure