IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HABNAB TRANSPORTATION, INC.<br><br>Plaintiff,<br><br>v.<br><br>US TRANSPORTATION SERVICES,<br>INC., and US BULK TRANSPORT, INC.<br>and/or U.S. BULK TRANSPORT IC., INC.<br><br>Defendants. | Civil Action No. 05-375 |

**DEFENDANTS', U.S. TRANSPORTATION SERVICES,
US BULK TRANSPORT, INC., AND U.S. BULK TRANSPORT IC, INC.
MOTION TO DISMISS OR IN THE ALTERNATIVE
FOR A MORE DEFINITE STATEMENT**

Defendants, U.S. Transportation Services, Inc. ("US Transportation"), US Bulk Transport, Inc. ("US Bulk"), and U.S. Bulk Transport IC, Inc. ("US Bulk Transport") (collectively the "Defendants"), by and through their undersigned counsel, hereby move for dismissal of the above-captioned matter pursuant to Federal Rule of Civil Procedure 12(b)(6); or in the alternative, for an order requiring a more definite statement of the allegations in the Complaint against the Defendants pursuant to Rule 12(e). A brief in support of this motion is being filed contemporaneously herewith and is incorporated herein by reference.

Dated: August 25, 2005

EDWARDS & ANGELL, LLP

*/s/ Denise S. Kraft/*
Denise Seastone Kraft (DE I.D. 2778)
Mark D. Olivere (DE. I.D. 4291)
919 Market Street, Suite 1500
Wilmington, DE 19801
(302) 777-7770
(302) 777-7263 (facsimile)
dkraft@edwardsangell.com
molivere@edwardsangell.com