IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HABNAB TRANSPORTATION, INC., | : |
| Plaintiff, | : Civil Action No. 05-375 |
| v. | : |
| US TRANSPORTATION SERVICES, INC., and US BULK TRANSPORT, INC. and/or U.S. BULK TRANSPORT IC., INC. | : |
| Defendants. | : |

## ORDER

Upon consideration of the Defendants', U.S. Transportation Services, US Bulk Transport, Inc., and U.S. Bulk Transport IC, Inc.'s Motion to Dismiss or, in the alternative, For A More Definite Statement (the "Motion"), it is hereby:

**ORDERED** that the Motion is Granted and Plaintiff's Complaint is hereby dismissed with prejudice.

Dated: August 25, 2005                         By the Court

                                              _____
                                              The Hon. Gregory M. Sleet
                                              United States District Court Judge