IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HABNAB TRANSPORTATION, INC. : | |
| : | Civil Action No. 05-375 |
| Plaintiff, : | |
| : | |
| vi. : | |
| : | |
| US TRANSPORTATION SERVICES, : | |
| INC., and US BULK TRANSPORT, INC. : | |
| and/or U.S. BULK TRANSPORT IC., INC. : | |
| : | |
| Defendants. : | |

**CERTIFICATE OF SERVICE**

I, Denise Seastone Kraft, hereby certify that on this 25th day of August, 2005, I caused two true and correct copies of the foregoing **Defendants', U.S. Transportation Services, US Bulk Transport, Inc., and U.S. Bulk Transport IC, Inc. Motion to Dismiss or in the Alternative for a More Definite Statement** to be served on the following party in the manner indicated:

**Hand-Delivery and U.S. First-Class Mail**
Delia Clark
Rawle & Henderson LLP
300 Delaware Avenue, Suite 1015
Wilmington, DE 19809


_____
Denise Seastone Kraft (#2778)