# Edwards & Angell LLP

919 North Market Street    Wilmington, DE 19801    302.777.7770    *fax* 302.777.7263

Denise Seastone Kraft
302.425.7106
*fax* 888.325.9741
dkraft@edwardsangell.com

August 29, 2005

Honorable Gregory M. Sleet
U.S. District Court
  for the District of Delaware
844 North King Street
Lock Box 19
Wilmington, DE 19801

    Re:    *Habnab Transportation, Inc. v. US Transportation Services, Inc., et al.*
             Civil Action No. 05-375

Dear Judge Sleet:

This firm represents defendants, US Transportation Services, Inc., US Bulk Transport, Inc. and U.S. Bulk Transport IC, Inc. ("Defendants") in the above referenced matter. On August 25, 2005, Defendants filed their Brief in Support of Defendants' Motion to Dismiss, or in the Alternative for a More Definite Statement ("Brief"). While reviewing the Brief, we noticed some formatting errors in the Table of Contents and Table of Authorities. We respectfully request that the attached corrected Table of Contents and Table of Authorities be substituted in place of the original Table of Contents and Table of Authorities. I apologize for any inconvenience this may cause the Court.

Respectfully,

*[signature]*
Denise Seastone Kraft
(DE Bar No. 2778)

DSK/jkg
Enclosures
cc:    Delia Ann Clark, Esquire

WLM_502621_1/DKRAFT

BOSTON | FT. LAUDERDALE | HARTFORD | NEW YORK | PROVIDENCE | SHORT HILLS, NJ | STAMFORD | WEST PALM BEACH | WILMINGTON | LONDON