**TABLE OF CONTENTS**

I.    INTRODUCTION ..........................................................................................................1

II.   FACTUAL BACKGROUND........................................................................................2

    A.   Claims Against US Transportation ....................................................................2

        1.   US Transportation Agreement I..............................................................2

        2.   US Transportation Agreement II ............................................................3

    B.   Claims Against US Bulk and US Bulk Transport.............................................3

III.  STANDARD OF REVIEW ..........................................................................................4

    A.   Motion to Dismiss................................................................................................4

    B.   More Definitive Statement..................................................................................5

IV.   ARGUMENT.................................................................................................................5

    A.   Counts II and VI of the Complaint Must Be Dismissed Because the Plaintiff Lacks Standing to Assert a Claim for Violation of the Delaware Consumer Fraud Act Because There are no Allegations of Transactions in Delaware in Which Plaintiff was a Consumer ..................................................................................................5

        1.   Plaintiff has not Alleged that it was a Consumer..............................5

        2.   No Consumer Acts Alleged to Have Occurred in Delaware ...........6

    B.   Counts II and VI of the Complaint Must Be Dismissed Because the Plaintiff Lacks Standing to Assert a Violation of the Delaware Deceptive Trade Practices Act.......................................................................7

        1.   No Competition Status Alleged by Plaintiff in the Complaint.......................................................................................7

        2.   Attorney's Fees and Costs Should be Awarded to Defendants ......................................................................................8

    C.   The Complaint Must Be Dismissed Because Plaintiff Lacks Standing to Assert Violations of The Florida and Pennsylvania Unfair Trade Practices and Consumer Protection Laws.............................9

        1.   The Florida Act .................................................................................9

|   |   | a. | No Such Florida Statute as Alleged by Plaintiff in the Complaint..................................................................9 |
|---|---|---|---|
|   |   | b. | Plaintiff has not Alleged that it was a Consumer.................9 |
|   |   | c. | No Florida Acts Alleged by Plaintiff in the Complaint........................................................................11 |
|   |   | d. | If the Plaintiff is Found to have Standing as a Consumer, Defendants Request a Bond............................11 |
|   | 2. | The Pennsylvania Act .................................................................12 |
|   |   | a. | Plaintiff has not Alleged that it was a Consumer...............12 |
|   |   | b. | No Pennsylvania Acts Alleged by Plaintiff in the Complaint........................................................................12 |
| D. | Counts I, IV and V of the Complaint Must Be Dismissed Because Plaintiff Fails to Either Attach a Copy of The Alleged Agreement or Sufficiently Describe the Agreements .................................12 |
| E. | The Defendants Are Entitled To A More Definite Statement ....................14 |
| V. | CONCLUSION...................................................................................................16 |