# **TABLE OF CITATIONS**

**Cases**

*Ayers v. Quillen*,
    2004 WL 1965866 (Del. Super.)..................................................................8

*Burgess v. Cahall*,
    88 F.Supp.2d 319, 321 (D. Del. 2000).........................................................5

*Conley v. Gibson*,
    355 U.S. 41, 45-46 (1957) ...........................................................................5

*Gemini Physical Therapy and Rehabilitation, Inc. v.*
    *State Farm Mut. Auto. Ins. Co.*,
    40 F.3d 63, 65 (3rd Cir. 1994) ..................................................................12

*Goodrich v. E.F. Hutton Group, Inc.*,
    542 A.2d 1200 (Del. Ch. 1988)...................................................................6

*Grand Ventures, Inc. v. Whaley*,
    632 A.2d 63, 67 (Del. 1993) ...................................................................6, 8

*Hishon v. King & Spalding*,
    467 U.S. 69, 73, 81 L. Ed. 2d 59, 104 S. Ct. 2229 (1984);

*Kester Crosse v. BCBSD, Inc.*,
    836 A.2d 492 (Del. 2003) ............................................................................8

*Martinez v. Rick Case Cars, Inc.*,
    278 F.Supp.2d 1371 (S.D.Fla. 2003) ........................................................10

*Neitzke v. Williams*,
    490 U.S. 319, 326, 109 S.Ct. 1827, 104 L.Ed.2d 338 (1989) ....................5

*Pardo v. Nylcare Health Plans, Inc. (In re APF Co.)*,
    274 B.R. 408 (Bankr. D. Del. 2001) .........................................................14

*Piecknick v. Pennsylvania*,
    36 F.3d 1250, 1255 (3d Cir. 1994) ..............................................................5

*Pierce v. Montgomery County Opportunity Board, Inc.*,
    884 F.Supp. 965 (E.D. Pa. March 31, 1995).............................................13

*S&R Associates, L.P. v. Shell Oil Co.*,
    725 A.2d 431, (Del. Super. Ct. 1998) .........................................................8

*Shibata v. Lim*,
    133 F.Supp.2d 1311 (M.D.Fla. 2000).......................................................10

*Tuckish v. Pompano Motor Co.*,
    337 F.Supp.2d 1313 (S.D. Fla. 2004) .................................................................. 10

*Urling v. Helms Exterminators, Inc.*,
    468 So.2d 451 (App.1 Dist. 1985) ....................................................................... 10

*VLIW Technology, LLC v. Hewlett-Packard Company*,
    840 A.2d 606, 612 (Del. 2003) ............................................................................ 13

*Wal-Mart Stores, Inc. v. AIG Life Insurance Co.*,
    872 A.2d 611, 631 (Del. Ch. 2005) .................................................................... 6, 7

*Willis v. City of Rehoboth Beach*,
    2005 WL 1953028 (De. Super.)
    *citing Grand Ventures, Inc. v. Whaley*,
    632 A.2d 63, 70 (Del. 1993) .................................................................................. 6

*World Wrestling Federation Tournament, Inc. v. Bog Dog Holdings, Inc.*,
    280 F.Supp.2d 413, 446 (W.D.Pa. 2003) ............................................................. 12

**Statutes**

Delaware Consumer Fraud Act, 6 Del. C. § 2511 et seq ............................................. 1,2,4,5

Delaware Deceptive Trade Practices Act, 6 Del. C. § 2531 et seq. ............................. 1,2,4,7

6 Del. C. § 2513(a) ........................................................................................................ 6

6 Del. C. § 2532 ............................................................................................................ 7

6 Del. C. § 2533 ............................................................................................................ 8

Florida Statute 501.2404 ...................................................................................... 1,2,9,15

Florida Deceptive and Unfair Trade Practices Act, Fla. Stat. Ann. §§ 501.201 ............... 10

Fla. Stat. Ann. §§ 501.202 ........................................................................................... 10

Fla. Stat. Ann. §§ 501.203 (7) ..................................................................................... 10

Fla. Stat. Ann. §§ 501.211 .......................................................................................... 11

PA Unfair Trade Practices and Consumer Protection Law, 73 Pa. Stat. Ann. § 201 ..1,4,12

**Rules**

Federal Rule of Civil Procedure 12(b)(6) ..................................................................... 1,4

Federal Rule of Civil Procedure 8(a) ........................................................................... 4,13

Federal Rule of Civil Procedure 9(b).................................................................................4

Federal Rule of Civil Procedure 12(e) .......................................................................1,5,14