IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HABNAB TRANSPORTATION, INC. : | |
| : | Civil Action No. 05-375 (GMS) |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| US TRANSPORTATION SERVICES, : | |
| INC., and US BULK TRANSPORT, INC. : | |
| and/or U.S. BULK TRANSPORT IC., INC. : | |
| : | |
| Defendants. : | |

## STIPULATION

IT IS ON THIS 30th day of August, 2005 hereby **Stipulated and Agreed** between counsel for the parties, Delia A. Clark, Esquire on behalf of the plaintiff, HABNAB Transportation, Inc. and Denise Seastone Kraft, Esquire on behalf of the defendants, US Transportation Services, Inc. and US Bulk Transport, Inc. and/or US Bulk Transport IC, Inc. that:

A. Plaintiff shall file an amended complaint within five days.

B. Defendants' Motion to Dismiss filed on August 25, 2005 is withdrawn.

C. Defendants have thirty days to answer or otherwise respond to the Amended Complaint.

RAWLE & HENDERSON, LLP

/s/ Delia A. Clark
Delia A. Clark (3337)
300 Delaware Avenue, Suite 1015
Wilmington, DE 19801
(302) 778-1200

EDWARDS & ANGELL, LLP

/s/ Denise S. Kraft
Denise Seastone Kraft (2778)
919 N. Market Street, Suite 1500
Wilmington, DE 19801
(302) 777-7770

WLM_502645_1/DKRAFT