EXHIBIT A

## CONTRACT CARRIER – BROKER CONTRACT

THIS AGREEMENT, made this __11__ day of _DECEMBER_, 200 _0_ by and between _KELBY KUNTZ_, of _US TRANSPORTATION_

hereinafter referred to as "CARRIER," and HAB NAB TRANSPORTATION, INC., of 1129A Brickyard Rd., Seaford, DE  19973, hereinafter known as "BROKER."

WHEREAS, ~~CARRIER~~ _BROKER_ is an ICC-licensed ~~contract carrier~~ _BROKER_ operating pursuant to Permit No. MC-_35553 1_ ( a copy of which permit is attached hereto and made a part hereof as Appendix A) and is authorized to provide transportation of property for BROKER;

WHEREAS, BROKER is an ICC-licensed broker of property operating pursuant to License MC-246436 ( a copy of which license is attached hereto and made a part hereof as Appendix B) and warrants that it has posted with the ICC a Surety Bond in the amount of n$ 10,000 as required by 49 CFR 1043.4, and controls the transportation of the commodities to be tendered to carrier in accord with the criteria established in Dixie Midwest Express, 132 M.C.C. 794(1982).

WHEREAS, the parties represent and agree that the transportation services provided hereunder meet the statutory criteria for contract carriage as defined in 49 U.S.C. 10102(15)(B) by assigning motor vehicles for a continuing period of time for the exclusive use of BROKER, or by meeting the distinct needs of BROKER and/or its customers;

NOW THEREFORE, CARRIER and BROKER mutually agree as follows:

1.      BROKER agrees to offer for shipment and ~~CARRIER~~ _BROKER_ agrees to transport by motor vehicle from and to such points between which services may be required such quantities of authorized commodities as the BROKER may require, subject to the ~~CARRIER'S~~ _BROKERS_ availability of suitable equipment.

2.      BROKER agrees to offer to ~~CARRIER~~ _BROKER_ for shipment a series of shipments consisting of at least three shipments during the life of this contract, subject to the ability of ~~CARRIER~~ _BROKER_ to provide suitable equipment to move such traffic.    .

CARRIER Initials: _____        BROKER Initials: _____

*BROKER*

3. ~~CARRIER~~ agrees to maintain cargo insurance in the minimum amount of $ 10,000.00 to compensate BROKER, Shipper, Cosignee or Owner of the property transported for loss or damage to property transported by ~~CARRIER~~ The cargo insurance shall be in the form required by 49CFR 1043 for Common carriers (BMC-32 endorsement), and shall have no exclusions or restrictions that would not be accepted by the Interstate Commerce Commission for a filing under the statutory requirements of the above cited section, but shall, in all respects, be identical to the cargo insurance filed by common carriers in accord with the said section. (Attached hereto as Appendix D)

*BROKER*

4. The ~~CARRIER~~ may, on each movement, issue a Uniform Bill of Lading, and the traffic shall move under the terms and conditions of the said Bill of Lading. However, in the event of any conflict between said Bill of Lading and this Agreement, the terms and conditions of this Agreement shall govern.

5. Rates and charges for traffic moved under this Agreement shall be as agreed to between the parties hereto in writing ~~and are to be contained in a rate schedule or memorandum of rates and charges (attached hereto as Appendix C).~~ Changes to this schedule or memorandum may be made as needed, and confirmed in writing and similarly acknowledged. This schedule shall also contain the conditions of, and charges for, any additional or accessorial services which may be required for performed.

6. Rates may be established or amended verbally in order to meet specific shipping schedules, as mutually agreed, but such verbal contract shall be confirmed in writing, by facsimile or telecommunications, if possible, but in any event within five (5) days of the date of movement of the involved freight. All changes in rates and charges shall be annexed to this Agreement as an Addendum thereto. ~~CARRIER~~ shall only invoice BROKER.

*BROKER*

7. The BROKER'S commission on all traffic transported by ~~CARRIER~~ for shippers and receivers introduced to ~~CARRIER~~ by BROKER shall be the difference between the amount charged to Shipper and/or consignees and the amount paid to the CARRIER pursuant to Appendix C addendum of this Agreement. Only BROKER will invoice the shipper or receiver for all freight and accessorial charges. BROKER will pay ~~CARRIER~~ its charges as set forth in ~~Appendix C~~ addendum of this Agreement within thirty (30) days from the time BROKER receives ~~CARRIERS~~ invoice along with the original Bill of Lading and all required documentation.

*BROKER*

8. ~~CARRIER~~ hereby designates BROKER its agent for the purpose of collecting the agreed to freight charges from the shippers and/or consignees served pursuant to this agreement.


CARRIER Initials: _____        BROKER Initials: _____

9.   ~~CARRIER~~ shall indemnify and hold harmless the BROKER, and its
shippers and receivers from all claims for injury to person
(including injury resulting in death) and damage to property arising
out of or in connection with the transportation of the property of
the BROKER'S shippers and receivers hereunder and shall procure and
maintain, at the expense of ~~CARRIER'S~~ liability insurance, in the
minimum amount of $ 750,000.00, with a reputable and financially
responsible insurance company or companies properly insuring carrier
against liability and claims in accordance with the requirements of
49 CFR 1043.1, and shall furnish to the BROKER a copy of insurance
policies obtained from such insurance company or companies showing
that such insurance has been procured and is being properly
maintained and that the premiums therefore are paid and specifying
the name of the insurance company, the policy number or numbers, and
the expiration date and dates. ( Attached hereto as Appendix D).
Such insurance policies shall provide that in the event of
cancellation thereof written notice of such cancellation shall be
given to the BROKER at least 30 days prior to such cancellation as
to each policy. Such insurance policies shall name the BROKER as
"Certificate Holder for the Purpose of Notification of Changes
and/or Cancellation".

10.   ~~CARRIER~~ acknowledges that all matters relating to loss and
damage or overcharge claims are to be disposed of by it directly
with the shipper, cosignee, beneficial owner of the goods and/or
persons responsible for the payment of the freight charges, and that
BROKER assumes no responsibility for the same other than to attempt
to facilitate settlements. CARRIER shall be liable to the owner of
the property for loss or damage to such property while in
possession of or under the control of CARRIER hereunder to the same
degree as if the CARRIER were operating as a common carrier, subject
to 49 U.S.C. Section 11707 ("Carmack Amendemnt liability").

11.   ~~CARRIER~~ shall not solicit traffic from any shipper, cosignee
or customer of BROKER where (1) the availability of such traffic
first came known to ~~CARRIER~~ as a result of BROKER'S efforts, or (2)
where the traffic of the shipper, consignee or customer of the
BROKER was first tendered to the ~~CARRIER~~ by the BROKER. If ~~CARRIER~~
breaches this agreement and "back-solicits" the BROKER'S customers,
and obtains traffic from such a customer, the broker shall be
entitled, for a period of two (2) years from such "back-
solicitation", to the same compensation as BROKER would have
realized pursuant to Paragraph 7 of this Agreement.

12.   All claims for loss and damage and any salvage arising
therefrom shall be handled and processed in accordance with 49 CFR
Part 1005 (ICC Claim Regulations). All overcharge claims shall be
handled and processed in accordance with 49 CFR 1008.


CARRIER Initials: _____        BROKER Initials: _____

13.    ~~CARRIER~~ recognizes that they are an Independent Contractor and therefore responsible for Workers Compensation on themselves and their employees. ~~CARRIER must submit proof of such Workers Compensation coverage, or sign a "Waiver of Workers Compensation"~~ *SEE ATTACHED* ~~holding BROKER harmless. (Attached hereto as Appendix E)~~

*Broker* 14.    This Agreement is to become effective on the first date ~~CARRIER~~ and BROKER commenced doing business together and the parties agree that the provisions contained herein properly express and memorialize the complete understanding of the parties as contained in all prior agreements both verbal and in writing.  This Agreement shall be effective continuously subject to the right of either party hereto to cancel or terminate this Agreement at any time upon not less than thirty (30) days written notice of one party to the other. *BROKER*

15.    The relationship of the ~~CARRIER~~ *BROKER* to the BROKER shall, at all times, be that of an independent contractor.  Therefore ~~CARRIER~~ *BROKERS* shall submit a IRS for W-9 for tax reporting purpose. (Attached hereto as Appendix F)

16.    To the extent not governed by Interstate Commerce Act or other applicable federal statutes, the laws of the State of Florida shall govern the validity, construction and performance of this Agreement and all controversies and claims arising hereunder, and all actions or proceedings shall be brought in the State of Delaware.  This contract is binding upon the parties hereto, their successors and assigns.

17.    *Broker* ~~CARRIER~~ and BROKER agree to maintain their records of transportation performed pursuant to this Agreement, and to preserve this Agreement, for a period of five (5) years following the last shipment transported by CARRIER.

18.    Obligations of this Agreement are separated and divisible, in the event that any clause is deemed unenforceable, the balance of the Agreement shall continue in full force and effect.

IN WITNESS WHEREOF, *Broker* ~~CARRIER~~ and BROKER have caused this Agreement to be executed by their duly authorized representatives on the date set forth below.

CARRIER Initials: _____          BROKER Initials: _____

BROKER
HAB NAB TRANSPORTATION, INC
P.O. BOX 420
1129A BRICKYARD, RD
SEAFORD, DE  19973

SIGNED: _____    WITNESS: _____
Michael J. Hubbard, Pres.    PRINT: Dee Renehan
DATE: 12/11/00               DATE: 12-11-00

US TRANSPORTATION

SIGNED: _____    WITNESS: _____
PRINT: _____     PRINT: _____
DATE: _____      DATE: _____

APPENDIX A

INSERT COPY OF CARRIER ICC LICENSE

PM-25
(Rev. 1/95)

**SERVICE DATE**
**April 26, 1999**

### FEDERAL HIGHWAY ADMINISTRATION

### LICENSE

MC 355531 B

### U. S. TRANSPAORTATION SERVICES
### FAIRVIEW, PA, US

    This license is evidence of the applicant's authority to engage in operations, in interstate or foreign commerce, as a **broker, arranging for transportation of freight (except household goods)** by motor vehicle.

    This authority will be effective as long as the broker maintains insurance coverage for the protection of the public (49 CFR 387) and the designation of agents upon whom process may be served (49 CFR 366).  Applicant shall also render reasonably continuous and adequate service under this authority.  Failure to maintain compliance will constitute sufficient grounds for revocation of this authority.


Thomas T. Vining
Chief, Licensing and Insurance Division

APPENDIX C

CONTRACT CARRIER - BROKER CONTRACT

SCHEDULE OF RATES

In compliance with paragraph S, a minimum rate must be agreed upon.
The minimum rate for all shipments will be One Hundred Dollars
($100.00). This rate is only a base rate and does not preclude us
from negotiating a rate higher or lower than this specified rate.

Rates and charges for all traffic moved under this Agreement shall
be agreed to between both parties hereto in writing and confirmed,
via FAX and are to be attached hereto as an addendum to Appendix C.
This addendum fax should include the pickup date and locations of
all pick-ups, stop-offs, and any other accessorial charges.

BROKER: Hab Nab Transportation, Inc.    CARRIER: _US TRANSPORTATION_
        P.O. Box 420
        1129A Brickyard Rd.
        Seaford, DE  19973
SIGNED _Michael G. Hubbard_             SIGNED _____
        Michael G. Hubbard, Pres.       PRINT _JERRY KUNDY_

DATE  _12/11/00_                         DATE  _12/11/2000_

APPENDIX D

INSERT CERTIFICATE OF INSURANCE'S
LIABILITY
CARGO

| ACORD. | CERTIFICATE OF LIABILITY INSURANCE | | USTRA-1 | DATE (MM/DD/YYYY) 01/30/04 |
|---|---|---|---|---|

| PRODUCER | THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. | |
|---|---|---|
| National Risk Management Svcs. 7181 Chagrin Road, Suite 3 Chagrin Falls OH 44023    ne:800-962-3036 | INSURERS AFFORDING COVERAGE | NAIC # |
| INSURED | INSURER A: Lloyd's | |
|   U.S. Transportation Services,   205 Pennbriar Drive   Erie PA 16509 | INSURER B: | |
| | INSURER C: | |
| | INSURER D: | |
| | INSURER E: | |

## COVERAGES

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | ADD'L INSRD | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|---|
| | | **GENERAL LIABILITY** | | | | EACH OCCURRENCE | $ |
| | | ☐ COMMERCIAL GENERAL LIABILITY | | | | DAMAGE TO RENTED PREMISES (Ea occurence) | $ |
| | | ☐ CLAIMS MADE  ☐ OCCUR | | | | MED EXP (Any one person) | $ |
| | | | | | | PERSONAL & ADV INJURY | $ |
| | | | | | | GENERAL AGGREGATE | $ |
| | | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | PRODUCTS - COMP/OP AGG | $ |
| | | ☐ POLICY  ☐ PRO-JECT  ☐ LOC | | | | | |
| | | **AUTOMOBILE LIABILITY** | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | | ☐ ANY AUTO | | | | | |
| | | ☐ ALL OWNED AUTOS | | | | BODILY INJURY (Per person) | $ |
| | | ☐ SCHEDULED AUTOS | | | | | |
| | | ☐ HIRED AUTOS | | | | BODILY INJURY (Per accident) | $ |
| | | ☐ NON-OWNED AUTOS | | | | | |
| | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | **GARAGE LIABILITY** | | | | AUTO ONLY - EA ACCIDENT | $ |
| | | ☐ ANY AUTO | | | | OTHER THAN AUTO ONLY: EA ACC | $ |
| | | | | | | AGG | $ |
| | | **EXCESS/UMBRELLA LIABILITY** | | | | EACH OCCURRENCE | $ |
| | | ☐ OCCUR  ☐ CLAIMS MADE | | | | AGGREGATE | $ |
| | | | | | | | $ |
| | | ☐ DEDUCTIBLE | | | | | $ |
| | | ☐ RETENTION  $ | | | | | $ |
| | | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? If yes, describe under SPECIAL PROVISIONS below | | | | ☐ WC STATU-TORY LIMITS  ☐ OTH-ER | |
| | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| A | | **OTHER** Contingent Auto | CL-03016 | 01/30/04 | 01/30/05 | 1,000,000 | /Occ & Agg. |
| A | | Contingent Cargo | CL-03016 | 01/30/04 | 01/30/05 | 100,000 | /Occurrence |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES / EXCLUSIONS ADDED BY ENDORSEMENT / SPECIAL PROVISIONS

| CERTIFICATE HOLDER                          HABNABT | CANCELLATION |
|---|---|
| | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL 10 DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO DO SO SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES. |
|    HAB NAB TRANSPORTATION, INC.    ATTN:  DEE    P.O. BOX 420    SEAFORD DE 19973 | AUTHORIZED REPRESENTATIVE Patrick V. Dull |

ACORD 25 (2001/08)                                                                                © ACORD CORPORATION 198

APPENDIX C

### HAB NAB
### TRANSPORTATION INC.
### SEAFORD, DE 19973

REFERENCE: WORKER'S COMPENSATION

OUR INSURANCE COMPANY REQUIRES THAT WE MAINTAIN RECORDS ON WORKER'S COMPENSATION ON EVERY FIRM THAT WE CONTRACT TO HAUL OUR GOODS. WE WILL NOT BE ABLE TO DO BUSINESS WITH YOU WITHOUT THIS INFORMATION. PLEASE FILL OUT ONE OF THE TWO SECTIONS BELOW AND RETURN IT TO US IN THE ENCLOSED ENVELOPE.

### WORKER'S COMPENSATION

1. INSURANCE COMPANY _____

   POLICY NUMBER _____

   EFFECTIVE DATE _____ EXPIRING DATE _____

   SIGNED_____

   TITLE_____

2. I AM AN INDEPENDENT TRUCKER AND DO NOT HAVE WORKER'S COMPENSATION INSURANCE. I HEREBY RELIEVE HAB NAB TRANSPORTATION, INC. OF ANY RESPONSIBILITY IN REGARDS TO WORKER'S COMPENSATION LIABILITY INVOLVING MY TRUCKS AND EMPLOYEES.

   SIGNED _____

   TITLE _____

EXHIBIT B

**HAB NAB TRANSPORTATION INC.**
## Customer Balance Detail
**All Transactions**

4:03 PM

04/20/05

Accrual Basis

| Type | Date | Num | Account | Amount | Balance |
|------|------|-----|---------|-------:|--------:|
| **U.S. TRANSPORTATION SERVICES INC** | | | | | |
| Invoice | 1/14/2005 | B27666 | Accounts Receivable | 1,156.80 | 1,156.80 |
| Invoice | 1/19/2005 | 48038 | Accounts Receivable | 1,325.00 | 2,481.80 |
| Invoice | 1/19/2005 | 48085 | Accounts Receivable | 1,065.76 | 3,547.56 |
| Invoice | 1/20/2005 | 48124 | Accounts Receivable | 1,051.34 | 4,598.90 |
| Invoice | 1/21/2005 | 48289 | Accounts Receivable | 964.83 | 5,563.73 |
| Invoice | 1/25/2005 | 48431 | Accounts Receivable | 973.45 | 6,537.18 |
| Invoice | 1/25/2005 | 48444 | Accounts Receivable | 952.95 | 7,490.13 |
| Invoice | 1/25/2005 | 48479 | Accounts Receivable | 994.38 | 8,484.51 |
| Invoice | 1/26/2005 | 48568 | Accounts Receivable | 965.77 | 9,450.28 |
| Invoice | 1/27/2005 | 48656 | Accounts Receivable | 925.61 | 10,375.89 |
| Invoice | 1/27/2005 | 48667 | Accounts Receivable | 962.34 | 11,338.23 |
| Invoice | 1/27/2005 | 48690 | Accounts Receivable | 1,043.35 | 12,381.58 |
| Invoice | 1/27/2005 | 48695 | Accounts Receivable | 858.91 | 13,240.49 |
| Invoice | 1/28/2005 | 48766 | Accounts Receivable | 952.09 | 14,192.58 |
| Invoice | 1/28/2005 | 48792 | Accounts Receivable | 1,049.46 | 15,242.04 |
| Invoice | 1/31/2005 | 48812 | Accounts Receivable | 990.11 | 16,232.15 |
| Invoice | 1/31/2005 | 48858 | Accounts Receivable | 976.87 | 17,209.02 |
| Invoice | 2/1/2005 | 48914 | Accounts Receivable | 938.85 | 18,147.87 |
| Invoice | 2/1/2005 | 48922 | Accounts Receivable | 980.29 | 19,128.16 |
| Invoice | 2/2/2005 | 48972 | Accounts Receivable | 1,250.01 | 20,378.17 |
| Invoice | 2/2/2005 | 48988 | Accounts Receivable | 1,045.63 | 21,423.80 |
| Invoice | 2/2/2005 | 49009 | Accounts Receivable | 1,117.20 | 22,541.00 |
| Invoice | 2/2/2005 | 49018 | Accounts Receivable | 1,278.51 | 23,819.51 |
| Invoice | 2/2/2005 | 49020 | Accounts Receivable | 1,130.60 | 24,950.11 |
| Invoice | 2/2/2005 | 49090 | Accounts Receivable | 1,167.06 | 26,117.17 |
| Invoice | 2/2/2005 | 49095 | Accounts Receivable | 630.58 | 26,747.75 |
| Invoice | 2/3/2005 | 49100 | Accounts Receivable | 810.95 | 27,558.70 |
| Invoice | 2/3/2005 | 49123 | Accounts Receivable | 962.67 | 28,521.37 |
| Invoice | 2/3/2005 | 49141 | Accounts Receivable | 966.74 | 29,488.11 |
| Invoice | 2/3/2005 | 49147 | Accounts Receivable | 947.69 | 30,435.80 |
| Invoice | 2/3/2005 | 49181 | Accounts Receivable | 970.06 | 31,405.86 |
| Invoice | 2/3/2005 | 49183 | Accounts Receivable | 938.54 | 32,344.40 |
| Invoice | 2/7/2005 | 49275 | Accounts Receivable | 912.90 | 33,257.30 |
| Invoice | 2/7/2005 | 49291 | Accounts Receivable | 946.86 | 34,204.16 |
| Invoice | 2/7/2005 | 49293 | Accounts Receivable | 948.52 | 35,152.68 |
| Invoice | 2/8/2005 | 49345 | Accounts Receivable | 1,268.25 | 36,420.93 |
| Invoice | 2/9/2005 | 49432 | Accounts Receivable | 1,095.29 | 37,516.22 |
| Invoice | 2/9/2005 | 49441 | Accounts Receivable | 1,112.45 | 38,628.67 |
| Invoice | 2/9/2005 | 49454 | Accounts Receivable | 1,286.49 | 39,915.16 |
| Invoice | 2/9/2005 | 49459 | Accounts Receivable | 2,218.04 | 42,133.20 |
| Invoice | 2/9/2005 | 49460 | Accounts Receivable | 150.00 | 42,283.20 |
| Invoice | 2/9/2005 | 49462 | Accounts Receivable | 690.62 | 42,973.82 |
| Invoice | 2/9/2005 | 49463 | Accounts Receivable | 1,046.64 | 44,020.46 |
| Invoice | 2/9/2005 | 49465 | Accounts Receivable | 981.06 | 45,001.52 |
| Invoice | 2/9/2005 | 49476 | Accounts Receivable | 890.12 | 45,891.64 |
| Invoice | 2/9/2005 | 49499 | Accounts Receivable | 917.45 | 46,809.09 |
| Invoice | 2/9/2005 | 49537 | Accounts Receivable | 1,331.52 | 48,140.61 |
| Invoice | 2/15/2005 | 49732 | Accounts Receivable | 975.44 | 49,116.05 |
| Invoice | 2/15/2005 | 49740 | Accounts Receivable | 942.72 | 50,058.77 |
| Invoice | 2/15/2005 | 49755 | Accounts Receivable | 2,454.19 | 52,512.96 |
| Invoice | 2/16/2005 | 49788 | Accounts Receivable | 948.93 | 53,461.89 |
| Invoice | 2/16/2005 | 49825 | Accounts Receivable | 680.85 | 54,142.74 |
| Invoice | 2/18/2005 | 50129 | Accounts Receivable | 998.87 | 55,141.61 |
| Invoice | 2/21/2005 | 50134 | Accounts Receivable | 1,245.20 | 56,386.81 |
| Invoice | 2/22/2005 | 50177 | Accounts Receivable | 1,209.84 | 57,596.65 |
| Invoice | 2/22/2005 | 50192 | Accounts Receivable | 1,199.66 | 58,796.31 |
| Invoice | 2/22/2005 | 50196 | Accounts Receivable | 998.96 | 59,795.27 |
| Invoice | 2/22/2005 | 50201 | Accounts Receivable | 1,243.59 | 61,038.86 |
| Invoice | 2/22/2005 | 50204 | Accounts Receivable | 929.15 | 61,968.01 |
| Invoice | 2/22/2005 | 50214 | Accounts Receivable | 1,224.84 | 63,192.85 |
| Payment | 2/22/2005 | 13786 | Accounts Receivable | -1,156.80 | 62,036.05 |
| Invoice | 2/23/2005 | 50258 | Accounts Receivable | 991.16 | 63,027.21 |
| Invoice | 2/23/2005 | 50260 | Accounts Receivable | 991.59 | 64,018.80 |
| Invoice | 2/23/2005 | 50350 | Accounts Receivable | 995.93 | 65,014.73 |
| Invoice | 2/23/2005 | 50355 | Accounts Receivable | 1,001.56 | 66,016.29 |
| Invoice | 2/23/2005 | 50363 | Accounts Receivable | 984.23 | 67,000.52 |
| Invoice | 2/28/2005 | 50517 | Accounts Receivable | 990.30 | 67,990.82 |

4:03 PM

**HAB NAB TRANSPORTATION INC.**
## Customer Balance Detail

04/20/05

### All Transactions

Accrual Basis

| Type | Date | Num | Account | Amount | Balance |
|------|------|-----|---------|-------:|--------:|
| Invoice | 2/28/2005 | 50528 | Accounts Receivable | 986.83 | 68,977.65 |
| Invoice | 2/28/2005 | 50530 | Accounts Receivable | 1,003.72 | 69,981.37 |
| Payment | 2/28/2005 | 13851 | Accounts Receivable | -8,293.48 | 61,687.89 |
| Invoice | 3/1/2005 | 50556 | Accounts Receivable | 965.17 | 62,653.06 |
| Invoice | 3/1/2005 | 50562 | Accounts Receivable | 976.00 | 63,629.06 |
| Invoice | 3/1/2005 | 50571 | Accounts Receivable | 587.77 | 64,216.83 |
| Invoice | 3/1/2005 | 50607 | Accounts Receivable | 569.00 | 64,785.83 |
| Invoice | 3/1/2005 | 50608 | Accounts Receivable | 724.90 | 65,510.73 |
| Invoice | 3/1/2005 | 50611 | Accounts Receivable | 994.19 | 66,504.92 |
| Invoice | 3/2/2005 | 50637 | Accounts Receivable | 943.10 | 67,448.02 |
| Invoice | 3/2/2005 | 50712 | Accounts Receivable | 971.67 | 68,419.69 |
| Invoice | 3/2/2005 | 50718 | Accounts Receivable | 615.06 | 69,034.75 |
| Invoice | 3/3/2005 | 50855 | Accounts Receivable | 993.33 | 70,028.08 |
| Invoice | 3/3/2005 | 50857 | Accounts Receivable | 984.23 | 71,012.31 |
| Invoice | 3/3/2005 | 50861 | Accounts Receivable | 1,026.68 | 72,038.99 |
| Invoice | 3/7/2005 | 50994 | Accounts Receivable | 1,216.67 | 73,255.66 |
| Invoice | 3/8/2005 | 51138 | Accounts Receivable | 4,140.00 | 77,395.66 |
| Invoice | 3/8/2005 | 51150 | Accounts Receivable | 797.80 | 78,193.46 |
| Invoice | 3/9/2005 | 51237 | Accounts Receivable | 928.22 | 79,121.68 |
| Invoice | 3/9/2005 | 51287 | Accounts Receivable | 947.28 | 80,068.96 |
| Invoice | 3/9/2005 | 51317 | Accounts Receivable | 944.38 | 81,013.34 |
| Invoice | 3/10/2005 | 51342 | Accounts Receivable | 675.00 | 81,688.34 |
| Invoice | 3/14/2005 | 51405 | Accounts Receivable | 1,086.75 | 82,775.09 |
| Payment | 3/14/2005 | 13913 | Accounts Receivable | -6,781.87 | 75,993.22 |
| Invoice | 3/16/2005 | 51559 | Accounts Receivable | 1,015.02 | 77,008.24 |
| Invoice | 3/16/2005 | 51575 | Accounts Receivable | 920.77 | 77,929.01 |
| Invoice | 3/16/2005 | 51577 | Accounts Receivable | 945.62 | 78,874.63 |
| Invoice | 3/16/2005 | 51595 | Accounts Receivable | 1,034.58 | 79,909.21 |
| Invoice | 3/16/2005 | 51597 | Accounts Receivable | 948.52 | 80,857.73 |
| Invoice | 3/16/2005 | 51599 | Accounts Receivable | 945.62 | 81,803.35 |
| Invoice | 3/17/2005 | 51662 | Accounts Receivable | 1,038.31 | 82,841.66 |
| Invoice | 3/21/2005 | 51908 | Accounts Receivable | 1,194.53 | 84,036.19 |
| Payment | 3/21/2005 | 14013 | Accounts Receivable | -12,896.28 | 71,139.91 |
| Invoice | 3/22/2005 | 51925 | Accounts Receivable | 1,328.56 | 72,468.47 |
| Invoice | 3/22/2005 | 51938 | Accounts Receivable | 988.13 | 73,456.60 |
| Invoice | 3/22/2005 | 51953 | Accounts Receivable | 987.70 | 74,444.30 |
| Invoice | 3/22/2005 | 51955 | Accounts Receivable | 968.40 | 75,412.70 |
| Invoice | 3/22/2005 | 51962 | Accounts Receivable | 1,219.07 | 76,631.77 |
| Invoice | 3/23/2005 | 52006 | Accounts Receivable | 940.04 | 77,571.81 |
| Invoice | 3/23/2005 | 52008 | Accounts Receivable | 952.61 | 78,524.42 |
| Invoice | 3/23/2005 | 52099 | Accounts Receivable | 1,240.33 | 79,764.75 |
| Invoice | 3/24/2005 | 52130 | Accounts Receivable | 930.00 | 80,694.75 |
| Invoice | 3/24/2005 | 52142 | Accounts Receivable | 942.31 | 81,637.06 |
| Invoice | 3/24/2005 | 52156 | Accounts Receivable | 956.94 | 82,594.00 |
| Invoice | 3/24/2005 | 52167 | Accounts Receivable | 982.50 | 83,576.50 |
| Invoice | 3/24/2005 | 52178 | Accounts Receivable | 1,261.05 | 84,837.55 |
| Invoice | 3/28/2005 | 52401 | Accounts Receivable | 581.75 | 85,419.30 |
| Invoice | 3/28/2005 | 52418 | Accounts Receivable | 1,671.39 | 87,090.69 |
| Invoice | 3/29/2005 | 52462 | Accounts Receivable | 931.95 | 88,022.64 |
| Invoice | 3/30/2005 | 52589 | Accounts Receivable | 1,256.69 | 89,279.33 |
| Invoice | 4/11/2005 | 53291 | Accounts Receivable | 610.75 | 89,890.08 |
| Invoice | 4/14/2005 | 53683 | Accounts Receivable | 1,067.29 | 90,957.37 |
| **Total U.S. TRANSPORTATION SERVICES INC** | | | | **90,957.37** | **90,957.37** |
| | | | | | |
| **US BULK TRANSPORT INC** | | | | | |
| Invoice | 1/11/2005 | B27047 | Accounts Receivable | 826.00 | 826.00 |
| Invoice | 1/14/2005 | B27222 | Accounts Receivable | 1,185.29 | 2,011.29 |
| Invoice | 1/14/2005 | B27030 | Accounts Receivable | 1,088.04 | 3,099.33 |
| Invoice | 1/17/2005 | B27000 | Accounts Receivable | 1,160.92 | 4,260.25 |
| Invoice | 1/17/2005 | B27013 | Accounts Receivable | 1,148.46 | 5,408.71 |
| Invoice | 1/18/2005 | 48011 | Accounts Receivable | 1,057.46 | 6,466.17 |
| Invoice | 1/19/2005 | 48034 | Accounts Receivable | 1,105.44 | 7,571.61 |
| Invoice | 1/19/2005 | 48091 | Accounts Receivable | 781.00 | 8,352.61 |
| Invoice | 1/20/2005 | 48106 | Accounts Receivable | 1,058.40 | 9,411.01 |
| Invoice | 1/20/2005 | 48123 | Accounts Receivable | 1,048.34 | 10,459.35 |
| Invoice | 1/20/2005 | 48125 | Accounts Receivable | 992.66 | 11,452.01 |
| Invoice | 1/20/2005 | 48198 | Accounts Receivable | 1,073.92 | 12,525.93 |
| Invoice | 1/21/2005 | 48233 | Accounts Receivable | 483.21 | 13,009.14 |

4:03 PM

04/20/05

Accrual Basis

# HAB NAB TRANSPORTATION INC.
## Customer Balance Detail
### All Transactions

| Type | Date | Num | Account | Amount | Balance |
|------|------|-----|---------|-------:|--------:|
| Invoice | 1/21/2005 | 48286 | Accounts Receivable | 991.60 | 14,000.74 |
| Invoice | 1/25/2005 | 48423 | Accounts Receivable | 610.00 | 14,610.74 |
| Invoice | 1/25/2005 | 48425 | Accounts Receivable | 673.61 | 15,284.35 |
| Invoice | 1/25/2005 | 48428 | Accounts Receivable | 1,039.58 | 16,323.93 |
| Invoice | 1/27/2005 | 48713 | Accounts Receivable | 610.00 | 16,933.93 |
| Invoice | 1/31/2005 | 48819 | Accounts Receivable | 768.38 | 17,702.31 |
| Invoice | 1/31/2005 | 48820 | Accounts Receivable | 456.00 | 18,158.31 |
| Invoice | 1/31/2005 | 48821 | Accounts Receivable | 556.47 | 18,714.78 |
| Invoice | 1/31/2005 | 48822 | Accounts Receivable | 684.00 | 19,398.78 |
| Invoice | 1/31/2005 | 48823 | Accounts Receivable | 550.05 | 19,948.83 |
| Invoice | 2/1/2005 | 48883 | Accounts Receivable | 830.54 | 20,779.37 |
| Invoice | 2/1/2005 | 48884 | Accounts Receivable | 417.06 | 21,196.43 |
| Invoice | 2/1/2005 | 48885 | Accounts Receivable | 600.00 | 21,796.43 |
| Invoice | 2/1/2005 | 48886 | Accounts Receivable | 777.48 | 22,573.91 |
| Invoice | 2/1/2005 | 48887 | Accounts Receivable | 402.39 | 22,976.30 |
| Invoice | 2/8/2005 | 49386 | Accounts Receivable | 775.00 | 23,751.30 |
| Invoice | 2/9/2005 | 49553 | Accounts Receivable | 1,214.64 | 24,965.94 |
| Invoice | 2/16/2005 | 49784 | Accounts Receivable | 881.98 | 25,847.92 |
| Invoice | 2/22/2005 | 50203 | Accounts Receivable | 633.36 | 26,481.28 |
| Invoice | 2/22/2005 | 50217 | Accounts Receivable | 990.73 | 27,472.01 |
| Payment | 2/22/2005 | 13786 | Accounts Receivable | -3,097.25 | 24,374.76 |
| Discount | 2/22/2005 | 13786 | Accounts Receivable | -2.08 | 24,372.68 |
| Invoice | 2/28/2005 | 50533 | Accounts Receivable | 1,069.20 | 25,441.88 |
| Payment | 2/28/2005 | 131399 | Accounts Receivable | -1,264.21 | 24,177.67 |
| Payment | 2/28/2005 | 13851 | Accounts Receivable | -2,304.26 | 21,873.41 |
| Discount | 2/28/2005 | 13851 | Accounts Receivable | -5.12 | 21,868.29 |
| Invoice | 3/1/2005 | 50566 | Accounts Receivable | 1,238.33 | 23,106.62 |
| Invoice | 3/1/2005 | 50610 | Accounts Receivable | 631.31 | 23,737.93 |
| Invoice | 3/2/2005 | 50687 | Accounts Receivable | 1,271.38 | 25,009.31 |
| Invoice | 3/2/2005 | 50725 | Accounts Receivable | 613.55 | 25,622.86 |
| Invoice | 3/2/2005 | 50748 | Accounts Receivable | 1,287.00 | 26,909.86 |
| Invoice | 3/2/2005 | 50758 | Accounts Receivable | 1,103.22 | 28,013.08 |
| Invoice | 3/2/2005 | 50774 | Accounts Receivable | 1,268.95 | 29,282.03 |
| Invoice | 3/3/2005 | 50912 | Accounts Receivable | 400.00 | 29,682.03 |
| Invoice | 3/3/2005 | 50913 | Accounts Receivable | 280.20 | 29,962.23 |
| Invoice | 3/3/2005 | 50915 | Accounts Receivable | 1,153.30 | 31,115.53 |
| Invoice | 3/7/2005 | 50965 | Accounts Receivable | 1,108.08 | 32,223.61 |
| Payment | 3/7/2005 | 131642 | Accounts Receivable | -694.00 | 31,529.61 |
| Invoice | 3/7/2005 | 51027 | Accounts Receivable | 629.37 | 32,158.98 |
| Invoice | 3/9/2005 | 51231 | Accounts Receivable | 1,160.57 | 33,319.55 |
| Invoice | 3/9/2005 | 51250 | Accounts Receivable | 1,440.81 | 34,760.36 |
| Invoice | 3/9/2005 | 51275 | Accounts Receivable | 653.24 | 35,413.60 |
| Invoice | 3/9/2005 | 51290 | Accounts Receivable | 621.60 | 36,035.20 |
| Invoice | 3/10/2005 | 51338 | Accounts Receivable | 1,076.65 | 37,111.85 |
| Invoice | 3/10/2005 | 51339 | Accounts Receivable | 524.64 | 37,636.49 |
| Invoice | 3/14/2005 | 51409 | Accounts Receivable | 1,000.00 | 38,636.49 |
| Payment | 3/14/2005 | 13913 | Accounts Receivable | -6,336.22 | 32,300.27 |
| Payment | 3/16/2005 | 131805 | Accounts Receivable | -6,434.50 | 25,865.77 |
| Invoice | 3/17/2005 | 51698 | Accounts Receivable | 1,000.00 | 26,865.77 |
| Payment | 3/21/2005 | 132117 | Accounts Receivable | -1,946.26 | 24,919.51 |
| Payment | 3/21/2005 | 14013 | Accounts Receivable | -2,704.79 | 22,214.72 |
| Invoice | 3/23/2005 | 52047 | Accounts Receivable | 1,212.50 | 23,427.22 |
| Invoice | 3/23/2005 | 52069 | Accounts Receivable | 758.45 | 24,185.67 |
| Invoice | 3/30/2005 | 52542 | Accounts Receivable | 1,000.00 | 25,185.67 |
| Invoice | 3/30/2005 | 52563 | Accounts Receivable | 1,300.00 | 26,485.67 |
| Invoice | 3/31/2005 | 52765 | Accounts Receivable | 650.70 | 27,136.37 |
| Invoice | 3/31/2005 | 52766 | Accounts Receivable | 459.00 | 27,595.37 |
| Invoice | 3/31/2005 | 52767 | Accounts Receivable | 750.00 | 28,345.37 |
| Payment | 4/5/2005 | 132580 | Accounts Receivable | -2,384.40 | 25,960.97 |
| Invoice | 4/6/2005 | 52973 | Accounts Receivable | 895.60 | 26,856.57 |
| Invoice | 4/7/2005 | 53114 | Accounts Receivable | 784.15 | 27,640.72 |
| Invoice | 4/7/2005 | 53117 | Accounts Receivable | 528.30 | 28,169.02 |
| Payment | 4/11/2005 | 132828 | Accounts Receivable | -11,733.02 | 16,436.00 |
| Invoice | 4/13/2005 | 53573 | Accounts Receivable | 1,917.30 | 18,353.30 |
| Invoice | 4/14/2005 | 53659 | Accounts Receivable | 1,028.28 | 19,381.58 |
| Invoice | 4/14/2005 | 53660 | Accounts Receivable | 1,578.96 | 20,960.54 |
| Invoice | 4/20/2005 | 53972 | Accounts Receivable | 867.50 | 21,828.04 |

4:03 PM

04/20/05
Accrual Basis

# HAB NAB TRANSPORTATION INC.
## Customer Balance Detail
### All Transactions

| Type | Date | Num | Account | Amount | Balance |
|------|------|-----|---------|--------|---------|
| Total US BULK TRANSPORT INC | | | | 21,828.04 | 21,828.04 |
| **TOTAL** | | | | **112,785.41** | **112,785.41** |