## CERTIFICATE OF SERVICE

I, Denise Seastone Kraft, hereby certify that on this 7th day of October, 2005, I caused two true and correct copies of the foregoing **Defendant U.S. Transportation Services, US Bulk Transport, Inc. and U.S. Bulk Transport IC, Inc. Answer and Counterclaims to the Amended Complaint** to be served on the following party in the manner indicated:

### Hand-Delivery

Delia Clark
Rawle & Henderson LLP
300 Delaware Avenue, Suite 1015
Wilmington, DE 19809

_____
Denise Seastone Kraft (# 2778)