# EXHIBIT A

# US Transportation Services

## 866-404-6146

## Load Confirmation

**Bill To:**

205 Pennbriar Dr.

Erie, PA 16509

| | | | |
|---|---|---|---|
| DATE | 1/24/05 | | |
| ORIGIN CO | National Lime | DEL DATE | 1/25/05 |
| ORIGIN STREET | | | |
| ORIGIN CITY | Carey | DEST CO | Guardian Industries |
| ORIGIN STATE | OH | DEST STREET | REC HRS 7am-10pm |
| ORIGIN PHONE | 419-396-7671 Bill Allison | DEST CITY | Geneva |
| SHIPPER NO | | DEST STATE | NY |
| LOAD NO | | DEST PHONE | 315-787-7000 or 787-7019 |
| | | DEL NO | |
| COMMODITY | #20 Lime | CUST CONT | |
| TRAILER TYPE | Hopper/Dump | CARRIER | Hab Nab South |
| BILLING UNIT | Net Ton | PAY  42.00 | MINIMUM |
| | | FSC:  12% | FSC WILL BE PAID WHEN WE ARE PAID |

REMARK: Must cover with plastic or have EPA Tarp load 7 AM to 9 PM Unload 7am-10pm MUST HAVE Wash Out

1

# US Transportation Services

## 866-404-6146

## Load Confirmation

Bill To:

205 Pennbriar Dr.

Erie, PA  16509

| | | | | |
|---|---|---|---|---|
| DATE | 1/24/05 | | | |
| ORIGIN CO | National Lime | DEL DATE | 1/25/04 | |
| ORIGIN STREET | | | | |
| ORIGIN CITY | Carey | DEST CO | Guardian Industries | |
| ORIGIN STATE | OH | DEST STREET | REC HRS 7am-10pm | |
| ORIGIN PHONE | 419-396-7671 Bill Allison | DEST CITY | Geneva | |
| SHIPPER NO | | DEST STATE | NY | |
| LOAD NO | | DEST PHONE | 315-787-7000 or 787-7019 | |
| | | DEL NO | | |
| COMMODITY | #20 Lime | CUST CONT | | |
| TRAILER TYPE | Hopper/Dump | CARRIER | Hab Nab South | |
| BILLING UNIT | Net Ton | PAY | 42.00 | MINIMUM |
| | | FSC: | 12% | FSC WILL BE PAID WHEN WE ARE PAID |

REMA Must cover with plastic or have EPA Tarp load 7 AM to 9 PM Unload 7am-10pm  MUST HAVE Wash Out

# US Transportation Services

866-404-6146

Load Confirmation

Bill To:

205 Pennbriar Dr.

Erie, PA  16509

| | | | |
|---|---|---|---|
| DATE | 1/25/05 | | |
| ORIGIN CO | National Lime | DEL DATE | 1/26/05 |
| ORIGIN STREET | | | |
| ORIGIN CITY | Carey | DEST CO | Guardian Industries |
| ORIGIN STATE | OH | DEST STREET | REC HRS 7am-10pm |
| ORIGIN PHONE | 419-396-7671 Bill Allison | DEST CITY | Geneva |
| SHIPPER NO | | DEST STATE | NY |
| LOAD NO | | DEST PHONE | 315-787-7000 or 787-7019 |
| | | DEL NO | |
| COMMODITY | #20 Lime | CUST CONT | |
| TRAILER TYPE | Hopper/Dump | CARRIER | Hab Nab South |
| BILLING UNIT | Net Ton | PAY  42.00 | MINIMUM  None |
| | | FSC:  12% | FSC WILL BE PAID WHEN WE ARE PAID |

REMARK  Must cover with plastic or have EPA Tarp load 7 AM to 9 PM Unload 7am-10pm  MUST HAVE Wash Out

# EXHIBIT B

Andrew Hurd
Guardian Industries
50 Forge Avenue
Geneva, NY 14456

Kelby Kuney
U. S. Transportation Services
11606 U.S. Highway One
Sebastian, FL 32958

On January 25th and 26th of 2005 four trucks assigned by U.S. Transportation Services were to load dolomite from National Lime & Stone (Carey, OH) and deliver to Guardian Industries (Geneva, NY). These trucks previously hauled granulated chromium ore. Prior to loading at National Lime & Stone these trucks did not wash out their trailers. Subsequently upon delivery to Guardian Industries the dolomite became contaminated with chromium ore. Approximately 89.74 tons of contaminated dolomite was delivered on the dates January 25th and 26th of 2005. On January 26th at approximately 9:00am glass being produced was containing chromite defects. As a result this glass was scraped, these chromite defects were present in the glass until January 31st to approximately 7:00am. The total cost incurred by Guardian Industries due to the chrome contamination was $82,951.00. The cost breakdown is listed below:

$74,860.00  Cost of 197 tons glass scrapped due to chrome defects @ $380.00 per ton.
 $4,925.00  197 tons of cullet gained due to scrapping glass @ $25.00 per ton for contaminated cullet.
$69,935.00  Scrapped glass less cullet gained.
$11,016.00  Overtime of 5 personnel per shift due to changes in production schedules as result of contamination issue.
 $2,000.00  Rush order adjustments for excess boxes including premiums incurred due to production schedule changes.
**$82,951.00  Total Cost of Chromite Contamination**

Respectfully,
  Andrew Hurd

# EXHIBIT C

# GRAY | ROBINSON
ATTORNEYS AT LAW

SUITE 138
1800 WEST HIBISCUS BLVD. (32901)
POST OFFICE BOX 1870
MELBOURNE, FL 32902-1870
TEL 321-727-8100
FAX 321-984-4122
gray-robinson.com

CLERMONT
KEY WEST
LAKELAND
MELBOURNE
ORLANDO
TALLAHASSEE
TAMPA

April 27, 2005

*jkirsche@gray-robinson.com*

Michael Hubbard
P.O. Box 420
1129 A Brickyard Road
Seaford, DE 19973

Dear Mr. Pusey:

The undersigned represents as attorney US Transportation Services which contracted with Hab Nab to pick up a load of dolomite from National Lime and Stone in Carey, Ohio and deliver it to Guardian Industries in Geneva, New York.

As a result of the trucks being used having previously hauled granulated chromium ore and not having been cleaned appropriately, the trucks delivered approximately 89.74 tons of contaminated dolomite on January 25 and January 26, 2005 to Guardian.

As a result of that contamination, Guardian has made demand upon US Transportation Services for damages in the amount of $82,951.00. A copy of their demand is attached hereto.

Should you have insurance coverage, please immediately provide this demand to them so that this claim can be paid to Guardian. Failure of said claim being paid may lead my client to taking appropriate and necessary legal action against Hab Nab. Such actions, of course, would increase the total damages by requiring the expenditure of costs and attorney's fees.

Should you have any questions, please contact me immediately.

Very truly yours,

Jack A. Kirschenbaum

JAK/kh

cc: Kelby Kuney
    Guardian Industries

# 110466 v1