AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

# United States District Court

DISTRICT OF   DELAWARE

HABNAB TRANSPORTATION, INC.,
    Plaintiff,

v.

US TRANSPORTATION SERVICES, INC.,
US BULK TRANSPORT, INC. and/or
US BULK TRANSPORT IC., INC.
    Defendants/
    Counterclaim Plaintiffs,

v.

HAB NAB TRUCKING, INC., and
HNS BULK SERVICES, INC. f/k/a
HAB NAB SOUTH, INC.

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

Case Number: 05-375

TO:    HabNab Transportation, Inc.
    c/o Michael J. Hubbard, Registered Agent
    26839 River Road
    Seaford, DE 19973

**YOU ARE HEREBY SUMMONED** and required to serve on

| PLAINTIFF'S ATTORNEY (name and address) | DEFENDANTS AND THIRD PARTY PLAINTIFF'S ATTORNEY (name and address) |
|---|---|
| Delia A. Clark, Esquire<br>Rawle & Henderson, LLP<br>300 Delaware Avenue, Suite 1015<br>Wilmington, DE 19801<br>(302) 778-1200 | Denise Seastone Kraft, Esquire<br>Edwards & Angell, LLP<br>919 N. Market Street, Suite 1500<br>Wilmington, DE 19801<br>(302) 425-7106 |

an answer to the third-party complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties to this action must be filed with the Clerk of the Court within a reasonable period of time after service.

PETER T. DALLEO

10-13-05

CLERK                                                   DATE

(BY) DEPUTY CLERK

• AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 10/18/05 |
| NAME OF SERVER (PPJNT) GRANVILLE MORRIS | TITLE SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED : HAB NAB TRANSPORTATION, INC IN SEAFORD, DE , COPIES THEREOF WERE ACCEPTED BY R. ZEB ZEBLEY

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/18/05
　　　　　　　　Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.