AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

# United States District Court

DISTRICT OF    DELAWARE

HABNAB TRANSPORTATION, INC.,
    Plaintiff/Counterclaim Defendant,

v.

US TRANSPORTATION SERVICES, INC.,
US BULK TRANSPORT, INC. and/or
US BULK TRANSPORT IC., INC.
    Defendants/Counterclaim Plaintiffs,

v.

HAB NAB TRUCKING, INC., and
HNS BULK SERVICES, INC. f/k/a
HAB NAB SOUTH, INC.
    Counterclaim Defendants.

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

Case Number: 05-375 GMS

TO:    HNS Bulk Services, Inc. f/k/a Hab Nab South, Inc. (a Florida corporation)
c/o Secretary of State of Delaware, Division of Corporations
John G. Townsend Building
401 Federal Street, Suite 4
Dover, DE 19901

**YOU ARE HEREBY SUMMONED** and required to serve on

| PLAINTIFF'S ATTORNEY (name and address) | DEFENDANTS AND THIRD PARTY PLAINTIFF'S ATTORNEY (name and address) |
|---|---|
| Delia A. Clark, Esquire<br>Rawle & Henderson, LLP<br>300 Delaware Avenue, Suite 1015<br>Wilmington, DE 19801<br>(302) 778-1200 | Denise Seastone Kraft, Esquire<br>Edwards & Angell, LLP<br>919 N. Market Street, Suite 1500<br>Wilmington, DE 19801<br>(302) 425-7106 |

an answer to the third-party complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties to this action must be filed with the Clerk of the Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK    /s/ Monica Mooney

(BY) DEPUTY CLERK

DATE    10/20/05

• AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 10/21/05 |
| NAME OF SERVER (PPJNT) GRANVILLE MORRIS | TITLE SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED : HNS BULK SERVICES, INC. C/O THE DELAWARE SECRETARY OF STATE DOVER, DE COPIES THEREOF WERE ACCEPTED BY MARTINA MARTIN

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/21/05
              Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.