# EDWARDS ANGELL PALMER & DODGE LLP

919 North Market Street   Wilmington, DE  19801   302.777.7770   *fax* 302.777.7263   eapdlaw.com

Denise Seastone Kraft
302.425.7106
*fax* 888.325.9741
dkraft@edwardsangell.com

November 21, 2005

Honorable Gregory M. Sleet
U.S. District Court
  for the District of Delaware
844 North King Street
Lock Box 19
Wilmington, DE  19801

    Re:   *Habnab Transportation, Inc. v. US Transportation Services, Inc., et al.*
             Civil Action No. 05-375

Dear Judge Sleet:

My firm represents US Transportation Services, Inc., US Bulk Transport, Inc. and U.S. Bulk Transport IC., Inc., the defendants on the complaint and plaintiff on the counterclaim. We join together with counsel for Hab Nab Transportation Inc., the plaintiff on the complaint to request that the scheduling conference scheduled for November 29, 2005, be rescheduled. The parties appear to have resolved the issues in the complaint and counterclaim but need additional time to discuss the details and prepare the appropriate documentation. Accordingly, the parties jointly request a continuation of the scheduling conference for at least one month.

Respectfully,

Denise Seastone Kraft
(DE Bar No. 2778)

DSK/jkg
cc:    Delia Ann Clark, Esquire

WLM_503366_1/DKRAFT

BOSTON | FT. LAUDERDALE | HARTFORD | NEW YORK | PROVIDENCE | SHORT HILLS | STAMFORD | WEST PALM BEACH | WILMINGTON | LONDON