# EDWARDS ANGELL PALMER & DODGE LLP

919 North Market Street   Wilmington, DE   19801   302.777.7770   *fax* 302.777.7263   eapdlaw.com

Denise Seastone Kraft
302.425.7106
*fax* 888.325.9741
dkraft@edwardsangell.com

December 27, 2005

Honorable Gregory M. Sleet
U.S. District Court
  for the District of Delaware
844 North King Street
Lock Box 19
Wilmington, DE  19801

Re:   *Habnab Transportation, Inc. v. US Transportation Services, Inc., et al.*
       Civil Action No. 05-375

Dear Judge Sleet:

My firm represents US Transportation Services, Inc., US Bulk Transport, Inc. and U.S. Bulk Transport IC., Inc., the defendants on the complaint and plaintiff on the counterclaim. This letter is a follow up to the parties' joint telephone call to chambers wherein we advised the Court that the matter has settled and we intend to file a Stipulation of Dismissal with the Court within thirty (30) days. Accordingly, we understand that the Scheduling Conference scheduled for tomorrow at 9:00 a.m. has been cancelled as it is now unnecessary.

Respectfully,

Denise Seastone Kraft
(DE Bar No. 2778)

DSK/jkg
cc:   Delia Ann Clark, Esquire

WLM_503583_1/DKRAFT

BOSTON | FT. LAUDERDALE | HARTFORD | NEW YORK | PROVIDENCE | SHORT HILLS | STAMFORD | WEST PALM BEACH | WILMINGTON | LONDON