## UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

**GREGORY M. SLEET**
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
844 KING STREET
LOCKBOX 19
WILMINGTON, DE 19801

(302) 573-6470
(302) 573-6472 FAX

April 27, 2006

TO: Counsel

RE: Habnab Transportation, Inc. v. US Transportation Services, et al.
    Civil No. 05-375 GMS

Dear Counsel:

    Please submit, via electronic case filing, a jointly prepared status report or a stipulation of dismissal regarding the above-referenced case no later than May 11, 2006.

    Thank you.

Very truly yours,

/s/

Marie McDavid
Case Manager to Judge Gregory M. Sleet