# EDWARDS ANGELL PALMER & DODGE LLP

919 North Market Street  Wilmington, DE  19801  302.777.7770  *fax* 302.777.7263  eapdlaw.com

Denise Seastone Kraft
302.425.7106
*fax* 888.325.9741
dkraft@edwardsangell.com

May 11, 2006

Honorable Gregory M. Sleet
U.S. District Court
 for the District of Delaware
844 North King Street
Lock Box 19
Wilmington, DE  19801

      Re:   *Habnab Transportation, Inc. v. US Transportation Services, Inc., et al.*
             Civil Action No. 05-375

Dear Judge Sleet:

In accordance with the Court's request that the parties file a joint status report or stipulation of dismissal by May 11, 2006, please be advised that I have possession of all checks required to be paid under the settlement agreement, however, we are still awaiting the signature of one of the parties to the settlement agreement.  We anticipate receiving the signature in the next few weeks and the parties will promptly dismiss the case upon receipt of the executed agreement and after the checks clear.

Respectfully,

Denise Seastone Kraft
(DE Bar No. 2778)

DSK/rrj
Enclosures

cc:    Delia Ann Clark, Esquire

WLM_504757_1/DKRAFT