## UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

**GREGORY M. SLEET**
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
844 KING STREET
LOCKBOX 19
WILMINGTON, DE 19801

(302) 573-6470
(302) 573-6472 FAX

July 20, 2006

TO:    Counsel

RE:    Habnab Transportation v. U.S. Transportation
       Civil Action No. 05-375 GMS

Dear Counsel:

Please submit a jointly prepared status report by August 3, 2006, via electronic case filing, regarding the status of settlement of the above-referenced case.

Thank you.

Very truly yours,

/s/

Marie McDavid
Case Manager to the Honorable Gregory M. Sleet