# EDWARDS ANGELL PALMER & DODGE LLP

919 North Market Street   Wilmington, DE   19801   302.777.7770   *fax* 302.777.7263   eapdlaw.com

Denise Seastone Kraft
302.425.7106
*fax* 888.325.9741
dkraft@edwardsangell.com

July 26, 2006

**VIA HAND DELIVERY**

Honorable Gregory M. Sleet
U.S. District Court
  for the District of Delaware
844 North King Street
Lock Box 19
Wilmington, DE  19801

      Re:    *Habnab Transportation, Inc. v. US Transportation Services, Inc., et al.*
              Civil Action No. 05-375

Dear Judge Sleet:

My firm represents US Transportation Services, Inc., US Bulk Transport, Inc. and U.S. Bulk Transport IC., Inc., the defendants on the complaint and plaintiff on the counterclaim. We are pleased to advise the Court that this matter has resolved.

Respectfully,

Denise Seastone Kraft
(DE Bar No. 2778)

DSK/rrj
Enclosures

cc:    Delia Ann Clark, Esquire

WLM_504757_1/DKRAFT

BOSTON | FT. LAUDERDALE | HARTFORD | NEW YORK | PROVIDENCE | SHORT HILLS | STAMFORD | WEST PALM BEACH | WILMINGTON | LONDON