## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

HABNAB TRANSPORTATION, INC.   :    CIVIL ACTION NO. 1:05-cv-375 (GMS)
           *Plaintiff,*   :
                       :
        v.               :
                       :
US TRANSPORTATION SERVICES, INC.:
and US BULK TRANSPORT, INC.,   :
and/or U.S. BULK TRANSPORT IC, INC.  :
           *Defendants.*   :

### STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE CLERK:

It is hereby stipulated and agreed by and between counsel of record for the parties herein

that the above-captioned matter be dismissed with prejudice.

Delia A. Clark, Esquire
RAWLE & HENDERSON, LLP
300 Delaware Avenue
Suite 1015
Wilmington, DE 19103
Attorney for Defendants

Denise Seastone Kraft
EDWARDS & ANGELL
919 N. Market St.
Wilmington, DE  19801
Attorney for Plaintiff

1347497 v.1